# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JONATHAN ANTHONY TORRES, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:12-cv-00291-MR |
| | ) | [1:06-cr-00255-MR-1] |
| vs. | ) | |
| | ) | |
| RICHARD B. IVES, WARDEN, USP McCREARY, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 23, 2013 Memorandum of Decision and Order.

September 23, 2013

Frank G. Johns, Clerk
United States District Court